# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**THOMAS TAYLOR**                                                        **PETITIONER**

v.                                                        **No. 1:16CV84-SA-SAA**

**STATE OF MISSISSIPPI, ET AL.**                             **RESPONDENTS**

## ORDER SEALING DOCUMENTS

As the instant amended petition for a writ of *habeas corpus* and supporting documents in this case reveal the name of the victim of sexual assault, the Clerk of the Court is **DIRECTED** to restrict access to these documents to parties only.

**SO ORDERED**, this, the 19th day of September, 2016.

_____
SENIOR JUDGE