# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**THOMAS TAYLOR**                                                      **PETITIONER**

**v.**                                                     **No. 1:16CV84-SA-RP**

**STATE OF MISSISSIPPI, ET AL.**                           **RESPONDENTS**

## ORDER FOR CLERK OF THE COURT
## TO RETURN TO PLAINTIFF DOCUMENTS CONTAINING
## THE NAME OF SEXUAL ASSAULT VICTIM

The plaintiff in this case has, on several occasions, submitted documents for filing which reveal the name of the victim of sexual assault. As the court preserves the privacy of such victims, the Clerk of the Court is **DIRECTED** to return documents which reveal the name of the victim of sexual assault to the plaintiff, unfiled. The plaintiff may then submit documents which do not contain the victim's name – or with the victim's name redacted.

**SO ORDERED**, this, the 23rd day of February, 2017.

                                                                           /s/ Roy Percy
                                                                           UNITED STATES MAGISTRATE JUDGE